(Reap. Dec. 9708)

PLYWOOD & DOOR MANUFACTURERS CORPORATION ET AL. *v.* UNITED STATES

Entry No. 13542, etc.

(Decided May 16, 1960)

*James W. Young* for the plaintiffs.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the appeals for reappraisement enumerated in schedule "A," attached to and made a part of my decision herein, for decision upon stipulation on the basis of which I find foreign value, as defined in section 402(c), Tariff Act of 1930, as amended, to be the proper basis for the determination of the value of the Finnish plywood and blockboard involved, and that, except as to the merchandise specified in schedule "B," also attached to our decision herein, such foreign value was the appraised unit values, less 4 per centum, net, packed.

The appeals for reappraisement having been abandoned as to the merchandise specified in schedule "B," they are, to that extent, dismissed.

Judgment will issue accordingly.

SCHEDULE B

Los Angeles Entry Nos. R58/26672, etc. Merchandise appraised as invoiced, less nondutiable charges noted on invoices

| Reappraise-ment No. | Collector's No. | Entry No. | Date of export |
|---|---|---|---|
| R59/271 | 17327 | 19980 | 12/23/55 |

Flush doors as follows:
Grade A, 1⅜″ thick 47¼″ x 22½″
    ″    ″    ″  78″ x 23½″
    ″    ″    ″  80½″ x 23½″
    ″    ″    ″  76″ x 20″
    ″    ″    ″  57¾″ x 13¹³⁄₁₆″
    ″    ″    ″  60″ x 17¹³⁄₁₆″
    ″    ″    ″  60″ x 17¹³⁄₁₆″

| R59/276 | 17332 | 23761 | 2/10/56 |

Flush doors as follows:
Grade A, 1⅜″ thick 47¼″ x 22½″
    ″    ″    ″  78″ x 23½″
    ″    ″    ″  80½″ x 23½″
    ″    ″    ″  76″ x 20″
    ″    ″    ″  57¾″ x 18¹³⁄₁₆″
    ″    ″    ″  60″ x 17¹³⁄₁₆″

| R59/286 | 17356 | 4436 | 7/20/55 |

Flush doors as follows:
Grade A, 1⅜″ thick 80½″ x 25½″
    ″    ″    ″  78″ x 23½″
    ″    ″    ″  76″ x 20″
    ″    ″    ″  60″ x 17¹³⁄₁₆″
    ″    ″    ″  57¾″ x 13¹³⁄₁₆″
    ″    ″    ″  54½″ x 17¹³⁄₁₆″
    ″    ″    ″  47¼″ x 22½″

Plywood & Door Western Corporation cases

| R59/2825 | 18764 | 27238 | 1/23/57 |

Blockboard as follows:
A/BB grade, ¾″ thick 53½″ x 22¹⁄₁₆″
    ″    ″    ″    ″  44″ x 22¹⁄₁₆″
    ″    ″    ″    ″  39″ x 22¹⁄₁₆″
    BJ    ″    ″    ″  32″ x 32″
    BJ/WG    ″    ″    ″  57¾″ x 35¾″
    ″    ″    ″    ″  36½″ x 57″
    ″    ″    ″    ″  36½″ x 30½″
    ″    ″    ″    ″  35¾″ x 5¾″
    ″    ″    ″    ″  32″ x 32″
    ″    ″    ″    ″  19¾″ x 19¾″

| R59/2829 | 18768 | 24236 | 12/18/56 |

Blockboard as follows:
A/BB grade, ¾″ thick 53½ x 22¹⁄₁₆″
    ″    ″    ″    ″  44″ x 22¹⁄₁₆″
    ″    ″    ″    ″  39″ x 22¹⁄₁₆″